UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELSO LUIZ DA SILVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 25-10735-PBS |
| KRISTI NOEM, ET AL, | ) | |
| Defendants. | ) | |

## ORDER OF TRANSFER

SARIS, D.J.

In accordance with the Court's Order dated April 11, 2025, granting defendant's motion to transfer to Western District of Pennsylvania at Johnstown, it is hereby ORDERED that the above-entitled action is hereby TRANSFERRED to the Western District of Pennsylvania.

By the Court,

/ s / Clarilde Karasek
Deputy Clerk

DATED: April 11, 2025